PAUL D. CRAVATH, Respondent, *v.* ALFRED C. BAYLIS, Appellant.

*Cravath* v. *Baylis,* 113 App. Div. 666, affirmed.
(Argued April 22, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 21, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged trespass.

*J. Newton Fiero* for appellant.

*Charles F. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.